138 So. 556

## SOUTHERN BUILDING & LOAN ASSOCIATION v. R. V. WALES.

8 Div. 360.

Supreme Court of Alabama.

Dec. 17, 1931.

Lange, Simpson & Brantley, of Birmingham, for petitioner.

J. G. Rankin, of Athens, opposed.

PER CURIAM.

Petition of the Southern Building & Loan Association for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Southern Building & Loan Association v. R. V. Wales, 24 Ala. App. 542, 138 So. 553.

Writ denied on authorities from this court cited in the opinion of the Court of Appeals.

ANDERSON C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.